```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEJANDRO COURTNEY,
                            Plaintiff(s)

            -against-                                              24 civ 5009 (JGK)

56 PINE OWNER LLC, et al,
                            Defendant(s).
------------------------------------------------------------X
```

## ORDER

The parties shall submit a scheduling order pursuant to Rule 26(f) by **December 2, 2024.**

The conference scheduled for November 4, 2024, at 12:30pm, is canceled.

**SO ORDERED.**

                                                             **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 21, 2024