# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

March 27, 2025

<u>Via ECF</u>
The Honorable John G. Koeltl
United States District Judge
United States District Court

      **Re:**    *Alejandro Courtney v. Yasrajan Inc.*

      <u>**Docket No. 1:24-cv-05009 (JGK) (VF)**</u>

Dear Judge Koeltl:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline for the parties to restore the action to the calendar from March 31, 2025 to June 6, 2025. This is the first request to extend the deadline and all parties consent. The reason for this request is because the parties have just finalized the settlement agreement and now require until June 6, 2025 to fulfill the condition precedents for the dismissal of this action. Thank you for your time and attention to this matter. With kindest regards, I am

                very truly yours,

                Glen H. Parker, Esq.

**APPLICATION GRANTED**
**SO ORDERED**

3/28/25    John G. Koeltl, U.S.D.J.