# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

June 5, 2025

<u>Via ECF</u>
The Honorable John G. Koeltl
United States District Judge
United States District Court

**APPLICATION GRANTED**
**SO ORDERED**

6/6/25 /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

      **Re:**    *Alejandro Courtney v. Yasrajan Inc.*

      <u>**Docket No. 1:24-cv-05009 (JGK) (VF)**</u>

Dear Judge Koeltl:

      We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court for a brief extension of the deadline for the parties to restore the action to the calendar from June 6, 2025 to June 23, 2025. This is the second request to extend the deadline and all parties consent. The reason for this request is because plaintiff received the settlement check earlier this week but the check was torn in transit to the point where it cannot be cash. Accordingly, additional time is necessary for a new check to be issued and delivered, which is a condition precedent for filing a stipulation of dismissal. Should the Court deny this request then plaintiff would respectfully ask the Court to restore the action to the calendar. Thank you for your time and attention to this matter. With kindest regards, I am

                                              very truly yours,

                                              Glen H. Parker, Esq.